UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

DWAYNE BARRETT,

              Defendants.

No. 12-cr-45 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a motion from Defendant requesting that Judge Sullivan recuse himself from this case in light of his participation in the denial of Defendant's request for rehearing en banc with the Second Circuit. (Doc No. 605.) In light of the fact that Judge Sullivan did not participate in Defendant's request for rehearing en banc – as reflected in the Second Circuit's order denying rehearing, *see* 2d Cir. 14-2641, Doc. No. 312 – Defendant's motion is DENIED. The Clerk of Court is respectfully directed to terminate the motion pending at document number 605.

    Furthermore, IT IS HEREBY ORDERED THAT the parties shall file a letter proposing next steps in this matter no later than December 16, 2019.

SO ORDERED.

Dated:    November 21, 2019
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation