## KELLEY J. SHARKEY

Attorney at Law

By ECF

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/19

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 858-8843
Fax: (718) 875-0053

December 16, 2019

Honorable Richard J. Sullivan
United States Second Circuit Court Judge (sitting by designation)
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Sullivan:

U.S. v. Dwayne Barrett
12 Cr.45

    I write to respectfully request that the re-sentencing of Mr. Barrett be scheduled for April 29, 2020. The time is necessary because I have an upcoming trial that is expected to last for 4 weeks in addition to submissions on capitally charged matters. The defense will file our submission two weeks prior to the sentencing date. I have spoken to AUSA Maimin and he does not object to this schedule. Thank you for your consideration in this matter and happy holidays to you and chambers.

Respectfully,
/S/
Kelley J. Sharkey
Matthew Larsen

IT IS HEREBY ORDERED THAT the parties shall appear for a re-sentencing proceeding on April 29, 2020 at 10:00 a.m. in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York.  IT IS FURTHER ORDERED THAT Defendant shall submit a re-sentencing submission no later than April 15, 2020, and the government shall submit a re-sentencing submission no later than April 22, 2020.

SO ORDERED
Dated: 12/16/19
RICHARD J. SULLIVAN
U.S.D.J.