UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

DWAYNE BARRETT,

               Defendant.

No. 12-cr-45-3 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Because November 3, 2020 is Election Day, a federal holiday on which the Court will be closed, IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to November 4, 2020 at 10:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the flexibility required to accommodate the logistics and planning of in-person proceedings during the pandemic, the Court will reserve (and the parties shall calendar) November 5, 2020 at 10:00 a.m. as an alternate date for sentencing. IT IS FURTHER ORDERED THAT Defendant's sentencing submission shall be filed no later than October 21, 2020, and the government's sentencing submission shall be filed no later than October 28, 2020.

SO ORDERED.

Dated:      August 10, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation