# KELLEY J. SHARKEY
Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 858-8843
Fax: (718) 875-0053

January 8, 2021

By ECF

Honorable Richard J. Sullivan
United States Second Circuit Court Judge (sitting by designation)
Southern District of New York
40 Foley Square
New York, New York 10007

<u>U.S. v. Dwayne Barrett</u>
12 Cr. 45

Dear Judge Sullivan:

     Mr. Barrett is scheduled for sentence on January 28, 2021. I write to respectfully request that his sentencing and associated filing deadlines be re-scheduled to a date and time when he can appear in person. He does not consent to appear electronically. Thank you for your consideration in this matter.

Respectfully,

/S/
Kelley J. Sharkey

```
Defendant's request for a sentencing adjournment is granted.  IT IS
HEREBY ORDERED THAT Defendant Barrett's sentencing will instead take
place on Wednesday, February 24, 2021 at 10:00 a.m. in Courtroom 12D
at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New
York, NY 10007.  Defendant shall submit his sentencing submission
by February 10, 2021.  The government shall submit its sentencing
submission by February 17, 2021.
SO ORDERED.

Dated:    January 11, 2021
          New York, New York

                                          _____
                                          Hon. Richard J. Sullivan
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation
```