UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DWAYNE BARRETT,

                Defendant.

No. 12-cr-45-3 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the attached submission from Defendant Dwayne Barrett, which is dated December 23, 2020 but was received in chambers on January 12, 2021. Defendant requests an adjournment of his re-sentencing, which at the time of his writing was scheduled for January 28, 2021, to a date in late March or early April. On January 11, 2021, at the request of Defendant's counsel, the Court adjourned the re-sentencing to Wednesday, February 24, 2021 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse. (Doc. No. 674.) Accordingly, IT IS HEREBY ORDERED THAT Defendant's request for an adjournment is denied as moot, without prejudice to a future request. Because Defendant is counseled, IT IS FURTHER ORDERED THAT all future correspondence in this matter – including adjournment requests – shall be submitted by counsel, unless and until Defendant elects to forego counsel and proceed *pro se*. *See United States v. Rivernider*, 828 F.3d 91, 108 (2d Cir. 2016) ("A defendant has a right either to counsel or to proceed *pro se* . . . but has no right to 'hybrid' representation, in which he is represented by counsel from time to time, but may slip into *pro se* mode for selected presentations.").

SO ORDERED.

Dated:     January 14, 2021
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation

Dwayne Barrett #66266-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

December 23, 2020

The Honorable Richard J. Sullivan
United States Court of Appeals
For the Second Circuit
40 Foley Square
New York, New York 10007

Re: United States v. Dwayne Barrett 12 Cr. 45 (RJS)

Dear Honorable Judge Sullivan,

    I, (Dwayne Barrett, here inafter the Defendant) is currently schedule for sentence on January 28, 2021. First, defendant want to make it clear that this is not an attempt to further delay the upcoming sentencing. However, due to this current Pandemic thats affecting human lives and health throughout America and this whole Earth, defendant respectfully request this matter be adjourned to a later date sometime in late March or early April;

    At this time there is the availability of a vacine

for vacination to help fight this terrible disease (Covid-19). What defendant is trying to convey to the Court is that, a later date would provide ample time for the parties involved to have the opportunity to be vacinated. With more people being vacinated over a period of time would lower the risk of infection, which would further insure the health and safety of everyone thats involved in this proceeding, which is most important.

Also the facility where defendant is currently located, MDC Brooklyn, has been on and is still on, an indefinite lockdown due to this Pandemic. This lockdown makes it difficult for individuals to travel to and from the facility, without experiencing a strict isolation lockdown in the S.H.U. for an extended period of time.

## Conclusion

Wherefore, based on the above reasoning and facts, defendant respectfully ask this Court to set a sentencing date for sometime in late March or early April.

Dated: December 23, 2021

Respectfully Submitted,

*Dwayne Barrett*
Dwayne Barrett

Dwayne Barrett #66246-054
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

NEW YORK NY 100
28 DEC 2020 PM 13 L

To Honorable Richard J. Sullivan
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007


