UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DWAYNE BARRETT,

                Defendant.

No. 12-cr-45-3 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Defendant's re-sentencing will take place on April 7, 2021 at 10:00 a.m. in Courtroom 15A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007.  Members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    March 30, 2021
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation