UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DWAYNE BARRETT,

                Defendant.

No. 12-cr-45-3 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Defendant's re-sentencing will take place on Friday, May 14, 2021 at 10:00 a.m. in Courtroom 15A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007.  Members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    April 20, 2021
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation