UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DWAYNE BARRETT,
    a/k/a "Tall Man,"

                Defendant.

**Order of Restitution**

**S2 12 Cr. 45 (RJS)**

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Michael D. Maimin, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One and Three through Seven of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** DWAYNE BARRETT, the Defendant, shall pay restitution in the total amount of $79,700.00 to the victims of the offenses charged in Indictment S2 12 Cr. 45 (RJS). The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically Fahd Hussain, Jermaine Dore, Taijay Todd, Shea Douglas, and Damian Cunningham. Defendant's liability for restitution shall

continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
May 25, 2021

_____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE[1]

---

[1] Sitting by designation as a United States District Judge.