UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DWAYNE BARRETT,

                    Defendant.

No. 12-cr-45-3 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the parties' joint letter regarding Defendant's resentencing. IT IS HEREBY ORDERED THAT the parties shall appear for a resentencing proceeding on February 20, 2025 at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York. Defendant shall file a resentencing submission no later than February 6, 2025, and the government shall file a resentencing submission no later than February 13, 2025. Defendant shall update the Court regarding the status of his petition for a writ of certiorari, which he has indicated he expects to file in October 2024, no later than January 23, 2025.

SO ORDERED.

Dated:    August 12, 2024
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation