UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DWAYNE BARRETT,

            Defendant.

No. 12-cr-45-3 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the Defendant's January 23, 2025 letter regarding the status of his petition for a writ of certiorari. IT IS HEREBY ORDERED THAT the Defendant shall provide a further update to the Court regarding his petition by no later than March 7, 2025. The Defendant's resentencing proceeding, currently scheduled for February 20, 2025, and all pending deadlines in connection therewith are adjourned without date.

SO ORDERED.

Dated:    February 4, 2025
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation